# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

RICHARD WILLIAM CONWAY, etc., et al., :

    Plaintiffs,

vs.      CA 17-0468-KD-MU

M/V VANTAGE, *in rem*, et al.,

    Defendants.

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 20, 2018 is **ADOPTED** as the opinion of this Court.

**DONE** this 16th day of March 2018.

    s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**